# UNITED STATES BANKRUPTCY COURT
### Central District of Illinois

In re  Darryl D. Ware ,  
        Debtor

Case No. 0B91950

Chapter 7

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file th[is] certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:

☑ I, __Darryl D. Ware__, the debtor in the above-styled case, hereby  
      (Printed Name of Debtor)  
certify that on __November 29, 2009__ *(Date)*, I completed an instructional course in personal financial management provided by __GreenPath, Inc.__, an approved personal financial  
      (Name of Provider)  
management provider.

Certificate No. *(if any)*: __01401-ILN-DE-009149404__.

☐ I, _____, the debtor in the above-styled case, hereby  
      (Printed Name of Debtor)  
certify that no personal financial management course is required because of *[Check the appropriate box.]*:

    ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

    ☐ Active military duty in a military combat zone; or

    ☐ Residence in a district in which the United States trustee *(or bankruptcy administrator)* has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: _____

Date: _____

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. [R.] Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as require[d] by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. [P.]

Certificate Number: 01401-ILN-DE-009149404

Bankruptcy Case Number: 09-91950

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on November 29, 2009 , at 2:50 o'clock PM EST ,

Darryl D Ware completed a course on personal financial

management given by internet by

GreenPath, Inc. ,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Northern District of Illinois .

Date: November 29, 2009     By    /s/Holli Bratt

                                          Name   Holli Bratt

                                          Title    Counselor